PS 8D
(05/08)

June 15, 2020

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Michael Patrick Hernandez (Spanish)          **Dkt No.:** 3:20-MJ-02096-BLM-1

**Reg. No.:** Unknown

**Name of Judicial Officer:** The Honorable Barbara Lynn Major, U.S. Magistrate Judge

**Date Conditions Ordered:** June 8, 2020, before the Honorable Daniel E. Butcher, U.S. Magistrate Judge

**Charged Offense:** 21 U.S.C. 952 - Importation of a Controlled Substance

**Conditions of Release:** *Mandatory Conditions* - not violate federal, state, or local law during period of release. *Standard Conditions* - must appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; must legally transfer all firearms as directed by Pretrial Services; not use or possess a narcotic drug or other controlled substance without lawful medical prescription; must not use or possess marijuana under any circumstances; provide a current residence address and phone number and keep it current while case is pending; must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; travel restricted to San Diego County; may not enter Mexico. *Additional Conditions:* actively seek or continue full-time employment, or schooling, or a combination of both; reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; submit signed approved bond package or must self surrender to USMS on June 15, 2020.

**Modification**: None

**Date Released on Bond:** June 8, 2020

**Next Court Hearing:** June 18, 2020, at 9:30am for a Preliminary Hearing before the Honorable Barbara Lynn Major

**Asst. U.S. Atty.:** Lyndzie Carter          **Defense Counsel:** Eric Fish (Appointed)
          (619) 546-8780                              (619) 234-8467

**Prior Violation History:** None

PS 8D
(05/08)

**Name of Defendant:** Michael Patrick Hernandez                                      June 15, 2020
**Docket No.:** 3:20-MJ-02096-BLM-1                                                            Page 2

---

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

### CONDITION(S)                                  ### ALLEGATION(S) OF NONCOMPLIANCE

**(Special Condition)**
The defendant must advise the Court or the         1. The defendant was to reside at the San Diego Convention
Pretrial Services Office in writing of: (1)        Center Shelter. On or about June 10, 2020, the defendant
the defendant's residence address and              left the shelter without notifying Pretrial Services and
phone number; and (2) any new contact              providing a new residence address and phone number. As
information, before making any change of           of this writing, his whereabouts are unknown.
residence or phone number.

### *Grounds for Revocation:*

On June 8, 2020, the Court set conditions of release which include a condition the defendant reside at a residence approved by Pretrial Services, including any contract facility. The defendant met with our office subsequent to Court on June 8, 2020, and on June 9, 2020. On those dates, the conditions of release were reviewed with the defendant and he acknowledged understanding of his conditions of pretrial release.

On June 9, 2020, Pretrial Services arranged for the defendant to reside at Correctional Alternatives Inc. (CAI). During the intake process, Mr. Hernandez reported he was residing in Mexico a few days prior. Due to his residence in Mexico, CAI was unable to accept the defendant because of concerns related to the spread of COVID-19. CAI allowed him to spend one night in temporary quarantine while Pretrial Services arranged for another residence.

On June 10, 2020, our office arranged for Mr. Hernandez to transition to the San Diego Convention Center Shelter. The undersigned reviewed his conditions of release once again, his next court date, and provided contact information for his attorney. Subsequent to our meeting, convention center staff indicated Mr. Hernandez would be housed at one of the three shelter's onsite and would complete the intake process the following day.

On June 12, 2020, staff at the convention center reported they were unable to locate the defendant the prior day and it appeared his information was not in the shelter's database. Staff reported the defendant must have failed to complete the intake process and were not sure when Mr. Hernandez might have left the facility. Staff further reported that it could have been an oversight and that they would continue

PS 8D
(05/08)

**Name of Defendant:** Michael Patrick Hernandez                June 15, 2020
**Docket No.:** 3:20-MJ-02096-BLM-1                                                    Page 3

looking for the defendant and/or his intake paperwork to confirm his presence at the shelter.  Pretrial
Services reached out to defense counsel and did not receive a response.

On June 15, 2020, staff at the convention center reported the defendant was not located over the
weekend and he has not contacted Pretrial Services to provide a new residence address and phone
number as of this writing. His whereabouts are unknown.

## SUPERVISION ADJUSTMENT

The defendant's adjustment to supervision is characterized at poor. Despite reviewing the conditions of
release three times with Mr. Hernandez; he appears to have the shelter without notifying Pretrial
Services and appears unable or unwilling to follow the Court ordered conditions of release.  As of this
writing, his whereabouts remain unknown.

A computerized records conducted on June 15, 2020 revealed no new arrests or convictions.

## RECOMMENDATION

At this time, Pretrial Services respectfully recommends a no-bail bench warrant remain issued for the
defendant's arrest in order to bring him before the Court to show cause why his supervision should not
be revoked.

**I declare under penalty of perjury that the
foregoing is true and correct.**

**Executed on:** June 15, 2020

Respectfully submitted:                                    Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by   D. Olguin                                             Eric Kosmo
Dario Olguin                                               Eric Kosmo
U.S. Pretrial Services Officer                             Supervising U.S. Pretrial Services Officer
(619) 321-1422
Place: San Diego, California

PS 8D
(05/08)

**Name of Defendant:** Michael Patrick Hernandez                    June 15, 2020
**Docket No.:** 3:20-MJ-02096-BLM-1                                        Page 4

**THE COURT ORDERS:**

    X   **AGREE**, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST
_____         AND ORDER HIM TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

_____   Other _____

_____

_____

*Barbara L Major*
_____                    **5:20 PM, Jun 15, 2020**
The Honorable Barbara Lynn Major                                Date
U.S. Magistrate Judge