FILED

2020 JUN 24 P 4:01

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '20 CR1750 JAH |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |
| MICHAEL PATRICK HERNANDEZ, | |
| Defendant. | |

The grand jury charges:

On or about May 29, 2020, within the Southern District of California, defendant MICHAEL PATRICK HERNANDEZ did knowingly and intentionally import 50 grams and more, to wit: approximately 457.5 grams (1.00 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 24, 2020.

A TRUE BILL

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
For LYNDZIE M. CARTER
    Assistant U.S. Attorney

LMC:cms:San Diego:6/23/20